United States Bankruptcy Court
Eastern District of New York

In re:
Manuel C. Carvalho Calvelos
Juliann E. Calvelos
Debtors

Case No. 26-70202-spg
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0207-8 User: admin 
Date Rcvd: Apr 14, 2026 Form ID: 268 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/jdb | + | Manuel C. Carvalho Calvelos, Juliann E. Calvelos, 162 Beachview Street, Copiague, NY 11726-3602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| James G Marsh | on behalf of Creditor Jovia Financial Federal Credit Union JamesGMarshPC@JamesGMarshPC.Com |
| Kamini Fox | on behalf of Joint Debtor Juliann E. Calvelos kamini@kfoxlaw.com para@kfoxlaw.com;r52605@notify.bestcase.com;fox.kaminib@notify.bestcase.com |
| Kamini Fox | on behalf of Debtor Manuel C. Carvalho Calvelos kamini@kfoxlaw.com para@kfoxlaw.com;r52605@notify.bestcase.com;fox.kaminib@notify.bestcase.com |
| R. Kenneth Barnard | rkbesquire@aol.com N250@ecfcbis.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

William L Waldman
on behalf of Creditor Provident Bank william.waldman@klgates.com

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Manuel C. Carvalho Calvelos<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–1254 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Juliann E. Calvelos<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–4912 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: | 7 1/15/26 |
| Case number: | 8–26–70202–spg | | |

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate is filed by April 28, 2026, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: April 13, 2026

For the Court, Paul Dickson, Clerk of Court