# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 04/29/2026 |
| Case: 8−26−70202−spg | Form ID: 318DI7 | Total: 31 |

**Recipients of Notice of Electronic Filing:**
tr R. Kenneth Barnard rkbesquire@aol.com
aty Kamini Fox kamini@kfoxlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db Manuel C. Carvalho Calvelos 162 Beachview Street Copiague, NY 11726
jdb Juliann E. Calvelos 162 Beachview Street Copiague, NY 11726
smg NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205
smg NYS Unemployment Insurance Attn: Isolvency Unit Bldg. #12, Room 256 Albany, NY 12240
smg United States Trustee Office of the United States Trustee Long Island Federal Courthouse 560 Federal Plaza Central Islip, NY 11722−4437
10639481 Abbott's Frozen Custard, Inc. 4791 Lake Avenue Rochester, NY 14612
10639483 Aldrich MAnagement Co., LLC 1975 Hempstead Tpke Suite 309 East Meadow, NY 11554
10639482 Aldrich Management Co., LLC 1975 Hempstead Turnpike, Suite 309 East Meadow, NY 11554
10639484 Calvelos Frozen Custard Corp dba Abbotts Frozen Custard 162 Beachview Street Copiague, NY 11726
10639485 Cannon & Acosta, LLP 1923 New York Ave Huntington Station, NY 11746
10639487 Capital One AttN: Bankruptcy PO Box 30285 Salt Lake City, UT 84130−0285
10639486 Capital One PO Box 31293 Salt Lake City, UT 84131−0293
10639488 Dept of Ed/Aidvantage PO Box 300001 Greenville, TX 75403
10639489 Dept of Education/Neln PO Box 82561 Lincoln, NE 68501−2561
10639490 Esteban Mendoza Aguilar 6 Dawn Crescent Central Islip, NY 11722
10639491 FourLeaf FCU 899 S Oyster Bay Rd Bethpage, NY 11714−1030
10639492 FourLeaf FCU Attn: Bankruptcy 899 S Oyster Bay Rd Bethpage, NY 11714−1030
10639493 Gallo Vitucci Klar, LLP 90 Broadway, Suite 1202 New York, NY 10004
10639494 Jerry Stone & Stucco Corp. 67 Terrace Ave. A16 Hempstead, NY 11550
10639495 John A. Rodger RLT 1975 Hempstead Tpke Ste 309 East Meadow, NY 11554
10639496 Jovia Financial Credit Union 264 E Merrick Rd Valley Stream, NY 11580−6034
10639497 Jovia Financial Credit Union Attn: Bankruptcy 264 E Merrick Rd Valley Stream, NY 11580−6034
10667284 Jovia Financial Federal Credit Union 1000 Corporate Dr. Westbury, NY 11590
10639499 NC Complete Construction 177 Commonwealth Street Franklin Square, NY 11010
10639498 Nationstar/mr Cooper 350 Highland St Houston, TX 77009−6623
10639500 Nixon Peabody LLP 275 Broadhollow Road, Suite 300 Melville, NY 11747
10673730 Provident Bank c/o K&L Gates LLP Attn.: William L. Waldman, Esq. One Newark Center, 10th Floor Newark, NJ 07102
10639501 U.S. Small Business Admin 14925 Kingsport Rd Fort Worth, TX 76155
10639502 Zotinis Construction, LLC 790 Fenworth Blvd. Franklin Square, NY 11010

TOTAL: 29