United States Bankruptcy Court
Eastern District of New York

In re: Case No. 26-70202-spg
Manuel C. Carvalho Calvelos Chapter 7
Juliann E. Calvelos
Debtors

# CERTIFICATE OF NOTICE

District/off: 0207-8 User: admin 
Date Rcvd: Apr 29, 2026 Form ID: 318DI7 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Manuel C. Carvalho Calvelos, Juliann E. Calvelos, 162 Beachview Street, Copiague, NY 11726-3602 |
| 10639481 | + | Abbott's Frozen Custard, Inc., 4791 Lake Avenue, Rochester, NY 14612-2154 |
| 10639483 | + | Aldrich MAnagement Co., LLC, 1975 Hempstead Tpke Suite 309, East Meadow, NY 11554-1703 |
| 10639482 | + | Aldrich Management Co., LLC, 1975 Hempstead Turnpike, Suite 309, East Meadow, NY 11554-1703 |
| 10639484 | + | Calvelos Frozen Custard Corp, dba Abbotts Frozen Custard, 162 Beachview Street, Copiague, NY 11726-3602 |
| 10639485 | + | Cannon & Acosta, LLP, 1923 New York Ave, Huntington Station, NY 11746-2956 |
| 10639490 | + | Esteban Mendoza Aguilar, 6 Dawn Crescent, Central Islip, NY 11722-4906 |
| 10639493 | + | Gallo Vitucci Klar, LLP, 90 Broadway, Suite 1202, New York, NY 10005 |
| 10639494 | + | Jerry Stone & Stucco Corp., 67 Terrace Ave., A16, Hempstead, NY 11550-2371 |
| 10639495 | + | John A. Rodger RLT, 1975 Hempstead Tpke Ste 309, East Meadow, NY 11554-1703 |
| 10639499 | + | NC Complete Construction, 177 Commonwealth Street, Franklin Square, NY 11010-4217 |
| 10639500 | + | Nixon Peabody LLP, 275 Broadhollow Road, Suite 300, Melville, NY 11747-4863 |
| 10673730 | + | Provident Bank, c/o K&L Gates LLP, Attn.: William L. Waldman, Esq., One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 10639502 | + | Zotinis Construction, LLC, 790 Fenworth Blvd., Franklin Square, NY 11010-3537 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 29 2026 18:21:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Apr 29 2026 18:20:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Apr 29 2026 18:20:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10639487 | | EDI: CAPITALONE.COM | Apr 29 2026 22:15:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 10639486 | | EDI: CAPITALONE.COM | Apr 29 2026 22:15:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 10639488 | + | EDI: MAXMSAIDV | Apr 29 2026 22:15:00 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 10639489 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 29 2026 18:20:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 10639492 | | Email/Text: bankruptcy@fourleaffcu.com | Apr 29 2026 18:20:00 | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 10639491 | | Email/Text: bankruptcy@fourleaffcu.com | Apr 29 2026 18:20:00 | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 10639497 | | Email/Text: bankruptcy@mynefcu.org | Apr 29 2026 18:20:00 | Jovia Financial Credit Union, Attn: Bankruptcy, |

| | | | | |
|---|---|---|---|---|
| | | | | 264 E Merrick Rd, Valley Stream, NY 11580-6034 |
| 10639496 | | Email/Text: bankruptcy@mynefcu.org | Apr 29 2026 18:20:00 | Jovia Financial Credit Union, 264 E Merrick Rd, Valley Stream, NY 11580-6034 |
| 10667284 | + | Email/Text: bankruptcy@mynefcu.org | Apr 29 2026 18:20:00 | Jovia Financial Federal Credit Union, 1000 Corporate Dr., Westbury, NY 11590-6648 |
| 10639498 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 29 2026 18:20:00 | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 10639501 | + | Email/Text: bankruptcynotices@sba.gov | Apr 29 2026 18:20:00 | U.S. Small Business Admin, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James G Marsh | on behalf of Creditor Jovia Financial Federal Credit Union JamesGMarshPC@JamesGMarshPC.Com |
| Kamini Fox | on behalf of Joint Debtor Juliann E. Calvelos kamini@kfoxlaw.com para@kfoxlaw.com;r52605@notify.bestcase.com;fox.kaminib@notify.bestcase.com |
| Kamini Fox | on behalf of Debtor Manuel C. Carvalho Calvelos kamini@kfoxlaw.com para@kfoxlaw.com;r52605@notify.bestcase.com;fox.kaminib@notify.bestcase.com |
| R. Kenneth Barnard | rkbesquire@aol.com N250@ecfcbis.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| William L Waldman | on behalf of Creditor Provident Bank william.waldman@klgates.com |

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Manuel C. Carvalho Calvelos<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1254 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Juliann E. Calvelos<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4912 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | | |
| Case number: | 8–26–70202–spg | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Manuel C. Carvalho Calvelos

Juliann E. Calvelos
aka Juliann Altaner

4/29/26

**By the court:** Sheryl P. Giugliano
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**