United States Bankruptcy Court
Eastern District of New York

In re: Case No. 26-70202-spg
Manuel C. Carvalho Calvelos Chapter 7
Juliann E. Calvelos
Debtors

# CERTIFICATE OF NOTICE

District/off: 0207-8 User: admin 
Date Rcvd: Jun 08, 2026 Form ID: 178 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Manuel C. Carvalho Calvelos, Juliann E. Calvelos, 162 Beachview Street, Copiague, NY 11726-3602 |
| 10639481 | + | Abbott's Frozen Custard, Inc., 4791 Lake Avenue, Rochester, NY 14612-2154 |
| 10639483 | + | Aldrich MAnagement Co., LLC, 1975 Hempstead Tpke Suite 309, East Meadow, NY 11554-1703 |
| 10639482 | + | Aldrich Management Co., LLC, 1975 Hempstead Turnpike, Suite 309, East Meadow, NY 11554-1703 |
| 10639484 | + | Calvelos Frozen Custard Corp, dba Abbotts Frozen Custard, 162 Beachview Street, Copiague, NY 11726-3602 |
| 10639485 | + | Cannon & Acosta, LLP, 1923 New York Ave, Huntington Station, NY 11746-2956 |
| 10639490 | + | Esteban Mendoza Aguilar, 6 Dawn Crescent, Central Islip, NY 11722-4906 |
| 10639493 | + | Gallo Vitucci Klar, LLP, 90 Broadway, Suite 1202, New York, NY 10005 |
| 10639494 | + | Jerry Stone & Stucco Corp., 67 Terrace Ave., A16, Hempstead, NY 11550-2371 |
| 10639495 | + | John A. Rodger RLT, 1975 Hempstead Tpke Ste 309, East Meadow, NY 11554-1703 |
| 10639499 | + | NC Complete Construction, 177 Commonwealth Street, Franklin Square, NY 11010-4217 |
| 10639500 | + | Nixon Peabody LLP, 275 Broadhollow Road, Suite 300, Melville, NY 11747-4863 |
| 10673730 | + | Provident Bank, c/o K&L Gates LLP, Attn.: William L. Waldman, Esq., One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 10639502 | + | Zotinis Construction, LLC, 790 Fenworth Blvd., Franklin Square, NY 11010-3537 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 08 2026 20:25:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Jun 08 2026 20:23:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Jun 08 2026 20:24:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10639487 | | EDI: CAPITALONE.COM | Jun 08 2026 23:14:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 10639486 | | EDI: CAPITALONE.COM | Jun 08 2026 23:14:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 10639488 | + | EDI: MAXMSAIDV | Jun 08 2026 23:14:00 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 10639489 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 08 2026 20:24:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 10639492 | | Email/Text: bankruptcy@fourleaffcu.com | Jun 08 2026 20:22:00 | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 10639491 | | Email/Text: bankruptcy@fourleaffcu.com | Jun 08 2026 20:22:00 | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 10639497 | | Email/Text: bankruptcy@mynefcu.org | Jun 08 2026 20:25:00 | Jovia Financial Credit Union, Attn: Bankruptcy, |

| | | | | |
|---|---|---|---|---|
| | | | | 264 E Merrick Rd, Valley Stream, NY 11580-6034 |
| 10639496 | | Email/Text: bankruptcy@mynefcu.org | Jun 08 2026 20:25:00 | Jovia Financial Credit Union, 264 E Merrick Rd, Valley Stream, NY 11580-6034 |
| 10667284 | + | Email/Text: bankruptcy@mynefcu.org | Jun 08 2026 20:25:00 | Jovia Financial Federal Credit Union, 1000 Corporate Dr., Westbury, NY 11590-6648 |
| 10639498 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 08 2026 20:21:00 | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 10639501 | + | Email/Text: bankruptcynotices@sba.gov | Jun 08 2026 20:22:00 | U.S. Small Business Admin, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James G Marsh | on behalf of Creditor Jovia Financial Federal Credit Union JamesGMarshPC@JamesGMarshPC.Com |
| Kamini Fox | on behalf of Joint Debtor Juliann E. Calvelos kamini@kfoxlaw.com para@kfoxlaw.com;r52605@notify.bestcase.com;fox.kaminib@notify.bestcase.com |
| Kamini Fox | on behalf of Debtor Manuel C. Carvalho Calvelos kamini@kfoxlaw.com para@kfoxlaw.com;r52605@notify.bestcase.com;fox.kaminib@notify.bestcase.com |
| R. Kenneth Barnard | rkbesquire@aol.com N250@ecfcbis.com |
| R. Kenneth Barnard | on behalf of Trustee R. Kenneth Barnard rkbesquire@aol.com N250@ecfcbis.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| William L Waldman | on behalf of Creditor Provident Bank william.waldman@klgates.com |

TOTAL: 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Manuel C. Carvalho Calvelos<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1254<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Juliann E. Calvelos<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4912<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: | 7 1/15/26 |
| Case number: | 8–26–70202–spg | | |

# NOTICE OF DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
290 Federal Plaza
Central Islip, NY 11722

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before September 8, 2026** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website Electronic Filing of Proof of Claim (ePOC) at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive and mail it to the address stated above.

Dated: June 8, 2026

For the Court, Paul Dickson, Clerk of Court